UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKEBIA THERAPEUTICS, INC.,<br>  Plaintiff,<br><br>  v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services, et al.,<br><br>  Defendants. | No. 1:19-cv-12132-ADB |

**STATEMENT OF UNDISPUTED FACTS IN
SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Plaintiff Akebia Therapeutics, Inc. ("Akebia") submits the following statement of material facts of record as to which there is no genuine issue to be tried.

**I.    Plaintiff Akebia Therapeutics**

1.    Plaintiff Akebia was founded in 2007 and employs about 350 people.  Compl. ¶ 8. Akebia maintains its principal place of business at 245 First Street, Cambridge, Massachusetts 02142, and is incorporated in Delaware.  *Id.*  In December 2018, Akebia acquired Boston-based Keryx Biopharmaceuticals, Inc. ("Keryx"), which is incorporated in Delaware and is now a wholly owned subsidiary of Akebia.  *Id.*

## II.     Defendants

2.     Defendant Alex M. Azar II is the Secretary of Health and Human Services and is named only in his official capacity.  Compl. ¶ 9.  Secretary Azar administers the Medicare Part D program through the Centers for Medicare & Medicaid Services.  *Id.*

3.     Defendant United States Department of Health and Human Services administers the Medicare Part D program through the Centers for Medicare & Medicaid Services.  Compl. ¶ 10.

4.     Defendant Seema Verma is the Administrator of the Centers for Medicare & Medicaid Services and is named only in her official capacity.  Compl. ¶ 11.  Administrator Verma administers the Medicare Part D program.  *Id.*

5.     Defendant Centers for Medicare & Medicaid Services is an agency of the United States Department of Health and Human Services and is responsible for administering the Medicare Part D program.  Compl. ¶ 12.

## I.     Chronic Kidney Disease and its Complications Affect Millions of Americans

6.     Chronic Kidney Disease ("CKD") is a progressive disease that gradually impairs the function of the kidneys.  FDA Approval Package, NDA 205874, Pharmacology Review, at 7 (Aug. 15, 2013) (Boynton Decl. Ex. A).

7.     The disease often advances to ESRD, in which a patient's kidneys fail and renal replacement therapy such as dialysis or kidney transplantation is required to sustain the patient's life.  E.O. 13879, Advancing American Kidney Health, 84 Fed. Reg. 33817 § 1 (July 10, 2019).

8.     About 37 million Americans suffer from CKD.  E.O. 13879, Advancing American Kidney Health, 84 Fed. Reg. 33817 § 2(a) (July 10, 2019).

9.     Among the many complications of CKD, one of the most common is iron deficiency anemia ("IDA"), which can impact CKD patients' quality of life and lead to

potentially fatal complications. Burton Decl. ¶ 5; *see also* FDA Approval Package, NDA 205874, Pharmacology Review, at 70 (Aug. 15, 2013) (Boynton Decl. Ex. A). Another complication confronting CKD patients is hyperphosphatemia—a condition in which there are abnormally high levels of serum phosphate in a patient's blood and which can cause bone and muscle problems and increase the risk of heart attacks and strokes. FDA Approval Package, NDA 205874, Pharmacology Review, at 7, 69 (Aug. 15, 2013) (Boynton Decl. Ex. A).

II. **Auryxia is Approved By FDA to Treat Hyperphosphatemia in Patients with Chronic Kidney Disease on Dialysis and Iron Deficiency Anemia in Patients with Chronic Kidney Disease Not on Dialysis**

10. Over the past fourteen years, Akebia and its subsidiary Keryx have spent over $270 million researching and developing a prescription drug product called Auryxia® for patients with CKD. Butler Decl. ¶ 4.

11. In September 2014, the Food and Drug Administration ("FDA") approved Auryxia for the treatment of hyperphosphatemia in CKD patients on dialysis. *See* Letter from Norman Stockbridge, FDA, to Keryx Biopharmaceuticals, Inc. (Sept. 5, 2014) (Boynton Decl. Ex. C).

12. In November 2017, following additional clinical trials, FDA approved Auryxia as the first orally administered drug for the treatment of CKD patients with IDA who are not on dialysis. *See* Letter from Edvardas Kaminskas, FDA, to Keryx Biopharmaceuticals, Inc., at 1 (Nov. 6, 2017) (Boynton Decl. Ex. D).

13. Auryxia's approval to treat CKD patients with IDA who are not on dialysis is based on clinical studies demonstrating the drug product's efficacy in raising hemoglobin in adult patients with CKD. *See* FDA Label, Auryxia® (ferric citrate) tablets, at 6 (issued Nov. 2017) (Boynton Decl. Ex. E).

14. Patients without CKD who have IDA can often be treated with dietary changes or iron supplements, but IDA in CKD patients has been demonstrated to be poorly responsive to nutritional supplements because the iron in those products "is not readily absorbable in [CKD] patients, with most of the iron content precipitating out of the formulation in the duodenum (the first portion of the small intestine) where iron absorption occurs." Chertow Decl. ¶ 5.

15. Auryxia treats IDA in CKD patients because it does not merely replace missing iron; it also causes the body to transport ferric iron into the blood, where it "can be incorporated into hemoglobin." FDA Label, Auryxia® (ferric citrate) tablets, at 6 (Boynton Decl. Ex. E).

16. Auryxia "is able to protect the ionized iron for transit and absorption in the body, resulting in substantially greater absorption and much more effective correction of IDA than can be achieved using conventional oral iron products." Chertow Decl. ¶ 6.

17. FDA's approved label for Auryxia states that, for the pivotal registration trial for Auryxia's indication for IDA, only patients "who were intolerant or ha[d] had an inadequate therapeutic response to oral iron supplement" could participate in the study. FDA Label, Auryxia® (ferric citrate) tablets, at 9 (Clinical Studies 14.2) (Boynton Decl. Ex. E).

### III. Auryxia is a Novel, Chemically Synthesized Organic Compound That is Distinct From Ferric Citrate Used for Iron Supplementation

18. Auryxia is a unique, chemically synthesized organic compound called a ferric citrate "coordination complex." *See* FDA Approval Package, NDA 205874, Pharmacology Review, at 7, 11 (Aug. 15, 2013) (Boynton Decl. Ex. A); FDA Label, Auryxia® (ferric citrate) tablets, at 6 (Boynton Decl. Ex. E); Rabinowitz Decl. ¶¶ 5-6; U.S. Patent No. 7,767,851 at 2, 7 (Aug. 3, 2010) (Boynton Decl. Ex. B).

19. Auryxia is not naturally occurring. Rabinowitz Decl. ¶¶ 5-6; Letter from Janet Woodcock, FDA, to John F. Neylan, Keryx Biopharmaceuticals, Inc., at 15 (Jan. 19, 2019) (Boynton Decl. Ex. H); U.S. Patent No. 7,767,851 at 2, 7 (Aug. 3, 2010) (Boynton Decl. Ex. B).

20. As FDA, CMS's sister agency within HHS, has recognized, "Auryxia is not a naturally derived mixture; it is instead a synthetic product which is derived via chemical reaction(s)." Letter from Janet Woodcock, FDA, to John F. Neylan, Keryx Biopharmaceuticals, Inc., at 15 (Jan. 19, 2019) (Boynton Decl. Ex. H); *see also* U.S. Patent No. 7,767,851 at 2, 7 (Aug. 3, 2010) (Boynton Decl. Ex. B).

21. Akebia has obtained or is a licensee or sub-licensee of at least 15 patents covering Auryxia or methods of using the drug. *See* U.S. Patent Nos. 7,767,851; 8,093,423; 8,299,298; 8,338,642; 8,609,896; 8,754,257; 8,754,258; 8,846,976; 8,901,349; 9,050,316; 9,328,133; 9,757,416; 9,387,191; and 10,300,039.

22. The U.S. Patent and Trademark Office has granted multiple patents recognizing Auryxia's status as a "novel form of ferric citrate." *E.g.*, U.S. Patent No. 7,767,851 at 2, 8 (Aug. 3, 2010) (Boynton Decl. Ex. B).

23. Auryxia can only be manufactured through a patented, sophisticated process. *See* U.S. Patent No. 6,903,235 at 2 (Boynton Decl. Ex. J); U.S. Patent No. 8,093,423 (Boynton Decl. Ex. I).

24. Auryxia is distinct from the active ingredient in iron nutritional supplements and from commercially available ferric citrate in both physical characteristics and solubility. *E.g.*, U.S. Patent No. 7,767,851 at 2, 7 (Aug. 3, 2010) (Boynton Decl. Ex. B); Letter from Janet Woodcock, FDA, to John F. Neylan, Keryx Biopharmaceuticals, Inc., at 15 (Jan. 19, 2019)

(Boynton Decl. Ex. H); FDA Approval Package, NDA 205874, Pharmacology Review, at 7, 10 (Aug. 15, 2013) (Boynton Decl. Ex. A).

25.   Although a form of ferric citrate has been approved as a dietary supplement to maintain nutritional iron levels and listed at 21 C.F.R. § 184.1298 as "generally recognized as safe" ("GRAS"), FDA has stated that Auryxia's active ingredient "differs from the GRAS ferric citrate." FDA Approval Package, NDA 205874, Pharmacology Review, at 7, 10 (Aug. 15, 2013) (Boynton Decl. Ex. A).

26.   Auryxia is an organic compound, not an inorganic mineral. Specifically, ferric citrate is an organic derivative of citric acid, which is an organic compound that has the chemical formula $C_6H_8O_7$. *See* U.S. Patent No. 6,903,235 at 2 (Boynton Decl. Ex. J); Rabinowitz Decl. ¶ 5.

27.   Prescription oral iron supplements supply iron for nutritional supplementation purposes. *E.g.*, Label, Niferex™ Tablets (July 2019) (Boynton Decl. Ex. K) ("Niferex™ is a multivitamin/multimineral dietary supplement indicated for use in improving the nutritional status of patients with iron deficiency").

## IV.   Defendants Determine What Drugs Will be Covered Under Medicare Part D, and Originally Covered Auryxia Under Part D

28.   CMS maintains a Formulary Reference File ("FRF") that lists all of the drugs that CMS considers Part D covered drugs. *See* Boynton Decl. Ex. L.

29.   Following FDA approval of Auryxia for hyperphosphatemia and IDA, CMS treated Auryxia as a fully "covered Part D drug" for both of its approved indications. Butler Decl. ¶ 6.

30.   Auryxia was included on the CMS FRF beginning in 2014. Butler Decl. ¶ 6.

31. Auryxia continued to be included on the CMS FRF following FDA's approval of the IDA indication in 2017. Butler Decl. ¶ 6; *id.* Ex. 1.

32. As of September 2018, virtually all Medicare Part D sponsors covered the product without any restrictions. Butler Decl. ¶ 6.

**V.    Defendants Determined in September 2018 That Auryxia is Not Covered Under Part D When Prescribed For Iron Deficiency Anemia, And That Auryxia Patients With Hyperphosphatemia Must Receive Prior Authorization Before Auryxia Will Be Covered Under Part D**

33. On September 14, 2018, in a notice to Part D plan sponsors, CMS reversed itself and stated that Auryxia is not a covered Part D drug when used to treat IDA in CKD patients. Butler Decl. Ex. 1 ("CMS Decision").

34. CMS stated that it was aware that FDA had approved Auryxia for the treatment of IDA in adult patients with CKD not on dialysis, but wrote that, "[c]onsistent with other iron products," Auryxia was removed from the August CY 2018 FRF. Butler Decl. Ex. 1. CMS recognized Auryxia was also approved to treat hyperphosphatemia and explained that, because "CMS does not consider it to be excluded from Part D for this use," Auryxia would be added back to the September 2018 FRF and maintained on the 2019 FRF. *Id.* The agency stated, however, that "[s]ince Auryxia may or may not meet the definition of a Part D drug depending on its use, we expect that Part D sponsors will utilize a prior authorization ('PA') edit, or other process, to ensure that it is being used for a Part D covered indication." *Id.* CMS's decision did not explain why Auryxia was no longer a covered drug for the IDA indication, nor did it explain why the agency departed from its prior determinations that similar drugs were covered Part D drugs. *Id.*

7

35. Shortly after the CMS Decision, Part D sponsors terminated coverage of Auryxia for the treatment of IDA and imposed PA restrictions on the use of Auryxia for the treatment of hyperphosphatemia. Butler Decl. ¶ 8.

36. Akebia engaged in extensive outreach to Defendants seeking to persuade them to reverse the CMS Decision. Butler Decl. ¶¶ 9-13.

37. As part of those efforts, Akebia met with numerous officials including (among others) the Principal Deputy Administrator of CMS. Butler Decl. ¶ 10. With no decision from CMS, on August 23, 2019, Akebia submitted a legal memorandum to the General Counsel of the Department of Health and Human Services ("HHS") and the HHS Deputy General Counsel and CMS Chief Legal Officer outlining Akebia's position that the CMS Decision is unlawful under both the Medicare statute and the APA. *See* Butler Decl. ¶ 12.

38. On October 4, 2019, CMS confirmed to Akebia that it would not revisit or rescind its Part D coverage decision regarding Auryxia. Butler Decl. ¶ 13.

## VI. Defendants Have Covered, and Continue to Cover, Multiple Products Similar to Auryxia Under Part D

39. CMS covers products that include a synthetically derived mineral component combined with citric acid on the CY 2019 FRF. The FRF lists lithium citrate oral solution, CY 2019 FRF (RXCUI 756059) (Boynton Decl. Ex. L), which is an organic substance consisting of citric acid mixed with a salt of the mineral lithium that is approved by FDA as a mood stabilizer to treat bipolar disorder, *see* FDA Label, Lithium oral solution (Boynton Decl. Ex. M) ("Lithium Oral Solution is a palatable oral dosage form of lithium ion. It is prepared in solution from lithium hydroxide and citric acid in a ratio approximately di-lithium citrate."). CMS also covers potassium citrate, CY 2019 FRF (RXCUI 199381, 603281, 898490, 898517, 199376, 603282)

(Boynton Decl. Ex. L), which is a "citrate salt of potassium," FDA Label, Urocit®-K, at 1 (Jan. 1990) (Boynton Decl. Ex. N).

40.     CMS announced in its January 2016 revisions to the Medicare Prescription Drug Benefit Manual ("Manual") that Vitamin D analogs such as Zemplar® (paricalcitol) and Hectorol® (doxercalciferol) "are not excluded" from Part D coverage "because CMS interprets the exclusion of prescription vitamin D products as being limited to products consisting of ergocalciferol (vitamin D2) and/or cholecalciferol (vitamin D3)." CMS, Part D Manual, Ch. 6, § 20.1 (Boynton Decl. Ex. O).

41.     Vitamin D analogs are chemically synthesized organic drug substances, not naturally occurring vitamins or minerals. *See* FDA Label, Zemplar® (paricalcitol) Capsules (2014) (Boynton Decl. Ex. P); FDA Label, Hectorol® (doxercalciferol) capsule (Boynton Decl. Ex. Q). Vitamin D analogs are approved by FDA to treat a disease: that is, secondary hyperparathyroidism due to Vitamin D deficiency in CKD patients who cannot take natural Vitamin D supplements because the activation of natural Vitamin D (like iron) must occur in the kidney. FDA Label, Zemplar® § 12.1) (Boynton Decl. Ex. P); FDA Label, Hectorol® at 1 (Boynton Decl. Ex. Q).

42.     CMS determined in 2006 that the niacin-based drug products Niaspan and Niacor do not fall within the statutory exclusion under Part D for vitamins and minerals—a decision it reaffirmed in the Part D Manual in 2016. *See* CMS, CMS Clarification of Coverage of Prescription Niacin Under Part D, at 1 (Apr. 11, 2006) (Boynton Decl. Ex. R); CMS, Part D Drugs/Part D Excluded Drugs, at 3 (Apr. 19, 2006) (Boynton Decl. Ex. S); Part D Manual § 20.1. The active ingredient in those drugs, nicotinic acid, is a common, naturally occurring form of Vitamin B3. *Id.* CMS's rationale for covering niacin tablets was that they "are

9

approved by the [FDA] as safe and effective drugs, are used therapeutically for the treatment of dyslipidemia, and do not serve as nutritional supplements or address a vitamin deficiency." CMS Clarification of Coverage of Prescription Niacin Under Part D at 1 (Boynton Decl. Ex. R).

43. CMS has consistently covered a number of drugs consisting of inorganic mineral salts. The 2019 FRF lists several calcium-based mineral salts, including calcium acetate. CY 2019 FRF (RXCUI 1099808, 359296, 197433) (Boynton Decl. Ex. L). Calcium acetate is a "naturally occurring solid." U.S. Patent No. 6,576,665 (Boynton Decl. Ex. T). CMS's 2019 FRF also includes seven forms of lithium carbonate. *See* CY 2019 FRF (RXCUI 311355, 197891, 197889, 197890, 206786, 197892, 197893) (Boynton Decl. Ex. L) (drugs in which active ingredient is lithium carbonate); FDA Label, Lithium Carbonate capsules (Boynton Decl. Ex. M) ("[l]ithium is an element of the alkali-metal group"); FDA Approval Package, Lithium Carbonate Capsules USP 300 mg, NDA 76-121, Chemist's Review No. 2, at 2 (Aug. 13, 2001) (Boynton Decl. Ex. U) (lithium carbonate consists of "[c]arbonic acid [and] dilithium salt").

44. Many of the mineral-based products lists on the CY 2019 FRF are intended for the treatment of conditions associated with a mineral deficiency. For example, Klor-Con and K-Tab (potassium chloride) are oral drug products that contain the mineral ingredient potassium for the treatment and prevention of potassium deficiency. *See, e.g.*, CY 2019 FRF (RXCUI 628953, 670031) (Boynton Decl. Ex. L) (listing Klor-Con® and K-Tab® potassium chloride tablets). The FDA-approved labeling for these mineral-based products describes them as "potassium supplement[s]." FDA Label, Klor-Con® Potassium Chloride Extended-release Tablets, USP at 1 (June 2006) (Boynton Decl. Ex. V); *see also* Part D Manual, App'x B (listing potassium, sodium, calcium, and magnesium-based drug products as covered Part D drugs).

Dated: October 29, 2019

Nicole R. Hadas (#638031)*
AKEBIA THERAPEUTICS, INC.
245 First Street
Cambridge, MA 02142
Tel: (617) 871-2091
nhadas@akebia.com

*Of Counsel*

Respectfully submitted,

/s/ Lindsey B. Silver
Lindsey B. Silver (#685731)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6772
Fax: (617) 526-5000
lindsey.silver@wilmerhale.com

Bruce S. Manheim*
Brian M. Boynton*
Leon T. Kenworthy*
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6781
Fax: (202) 663-6363
bruce.manheim@wilmerhale.com

*Counsel for Plaintiff*

*\* Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2019, I served a true and correct copy of the attached document upon counsel listed below by electronic mail and Federal Express (overnight):

Mary Murrane
Rayford Farquhar
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
Mary.Murrane@usdoj.gov
Rayford.Farquhar@usdoj.gov

/s/ *Lindsey B. Silver*
LINDSEY B. SILVER