# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKEBIA THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SEEMA VERMA, in her official capacity as Administrator of the CENTERS FOR MEDICARE & MEDICAID SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES, <br><br> Defendants. | No. 19-cv-12132-ADB |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case. I am admitted to practice in this Court and appear as counsel for proposed *amicus*, Massachusetts Biotechnology Council.

Dated: November 13, 2019    Respectfully submitted,

              /s/ Douglas Hallward-Driemeier
              Douglas Hallward-Driemeier (BBO # 627643)
              Douglas.Hallward-Driemeier@ropesgray.com
              ROPES & GRAY LLP
              2099 Pennsylvania Avenue NW
              Washington, DC 20006
              (202) 508-4600 (voice)
              (202) 508-4650 (fax)

              *Attorney for Massachusetts Biotechnology Council*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, November 13, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously serve notice of such filing to counsel of record to their registered electronic mail addresses.

/s/ Douglas Hallward-Driemeier
Douglas Hallward-Driemeier (BBO # 627643)
Douglas.Hallward-Driemeier@ropesgray.com
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington, DC 20006
(202) 508-4600 (voice)
(202) 508-4650 (fax)

*Attorney for Massachusetts Biotechnology Council*