IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKEBIA THERAPEUTICS, INC., <br> Plaintiff, <br> <br> v. <br> <br> ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SEEMA VERMA, in her official capacity as Administrator of the CENTERS FOR MEDICARE & MEDICAID SERVICES; <br> Defendants. | No. 19-cv-12132-ADB |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case. I am admitted to practice in this Court and appear as Counsel for proposed *amicus*, Medicare Advocacy Project.

Dated: November 20, 2019

Respectfully submitted,

/s/ Donna McCormick
Donna M. McCormick (BBO#559790)
Greater Boston Legal Services
197 Friend Street, Fourth Floor
Boston, Massachusetts 02114-1806
617-603-1534
dmccormick@gbls.org

**CERTIFICATE OF SERVICE**

I, HEREBY CERTIFY that on this date, November 20, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously serve notice of such filing to Counsel of record to their registered electronic mail addresses.

/s/ Donna McCormick