# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKEBIA THERAPEUTICS, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SEEMA VERMA in her official capacity as Administrator of the CENTERS FOR MEDICARE & MEDICAID SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>      Defendants. | Civil Action No. 19-12132-ADB |

## DECLARATION OF ALEXANDER R. WHITE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Alexander R. White, state the following under penalty of perjury pursuant to 28 U.S.C. § 1746. I am an Attorney with the Office of the General Counsel, CMS Division, Department of Health and Human Services. I make the statements herein based on my personal knowledge.

1. Attached hereto as Exhibit A is a true and correct copy of Chapter 6 of the Medicare Prescription Drug Benefit Manual.

2. Attached hereto as Exhibit B is a true and correct copy of the Oxford English Dictionary definition of the noun "product," accessed on November 15, 2019.

3. Attached hereto as Exhibit C is a true and correct copy of the Centers for Disease Control and Prevention webpage titled "About Fluoride," accessed on November 27, 2019.

4. Attached hereto as Exhibit D is a true and correct copy of the Oxford English Dictionary definition of the noun "preparation," accessed on November 18, 2019.

5. Attached hereto as Exhibit E is a true and correct copy of the Merck Manual, Consumer Edition web page titled "Overview of Electrolytes," accessed on November 27, 2019.

6. Attached hereto as Exhibit F is a true and correct copy of the Akebia Therapeutics, Inc., press release dated November 12, 2019, titled "Akebia Secures $100 Million Non-Dilutive Term Loan Financing, Reports Third Quarter 2019 Financial Results."

7. Attached hereto as Exhibit G is a true and correct copy of the Akebia Therapeutics, Inc., Form 10-Q for the quarter ended September 30, 2019.

8. Attached hereto as Exhibit H is a true and correct copy of the CMS manual titled "Parts C & D Enrollee Grievances, Organization/Coverage Determinations, and Appeals Guidance."

9. Attached hereto as Exhibit I is a true and correct copy of the Keryx Biopharmaceuticals, Inc., Form 10-Q for the quarter ended September 30, 2018.

10. Attached hereto as Exhibit J is a true and correct copy of the CMS document titled "Formulary Reference File Frequently Asked Questions" dated April 8, 2014.

Executed on December 3, 2019

*/s/ Alexander R. White*
Alexander R. White

**CERTIFICATE OF SERVICE**

      I, Erin E. Brizius, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                            */s/ Erin E. Brizius*
                                            Erin E. Brizius
                                            Assistant United States Attorney

Dated: December 3, 2019