UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AKEBIA THERAPEUTICS, INC.,

    Plaintiff,

    v.

ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services, et al.,

    Defendants.

No. 1:19-cv-12132-ADB

**DECLARATION OF LINDSEY B. SILVER IN SUPPORT
OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Lindsey B. Silver, declare as follows:

1.     I am one of counsel for Plaintiff Akebia Therapeutics, Inc. ("Akebia"). I have personal knowledge of the facts set forth below.

2.     Attached hereto as Exhibit A are true and accurate copies of an August 23, 2019 letter and memorandum regarding *The Legal Obligations of CMS to Cover Both FDA Approved Indications for Auryxia Without Restrictions Under the Medicare Part D Program* submitted by Akebia to the General Counsel of the Department of Health and Human Services ("HHS") Robert Charrow and the HHS Deputy General Counsel and Centers for Medicare & Medicaid Services ("CMS") Chief Legal Officer Kelly Cleary.

3.     Attached hereto as Exhibit B are true and correct copies of templates provided by CMS on its website for (1) agreements between CMS and Medicare Part D Prescription Drug

Plan Sponsors; and (2) agreements between CMS and combined Medicare Advantage/Part D Prescription Drug Plan sponsors.  These templates are available at https://www.cms.gov/Medicare/Prescription-Drug-Coverage/PrescriptionDrugCovContra/index.

4.  Attached hereto as Exhibit C is a true and correct copy of the Plaintiffs' Memorandum of Points & Authorities in Support of Motion for Partial Summary Judgment filed by the United States in *United States ex rel. Poehling v. UnitedHealth Grp., Inc.*, No. CV 16-8697-MWF (SSx), (C.D. Cal. May 22, 2018).

5.  Attached hereto as Exhibit D is a true and correct copy of the HHS Office of Inspector General Review of Erectile Dysfunction Drugs in the Medicare Part D Program, dated March 2, 2011.  This document is available at https://oig.hhs.gov/oas/reports/region7/71003143.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2019.

/s/ Lindsey B. Silver
LINDSEY B. SILVER