UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKEBIA THERAPEUTICS, INC.,<br><br>       Plaintiff,<br><br> v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SEEMA VERMA in her official capacity as Administrator of the CENTERS FOR MEDICARE & MEDICAID SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>       Defendants. | Civil Action No. 19-12132-ADB<br>(Leave to file granted on 12/19/19) |

## DECLARATION OF CORETTA EDMONDSON

I, Coretta Edmondson, state the following under penalty of perjury pursuant to 28 U.S.C. § 1746. I am a Contracting Officer Representative with the Medicare Enrollment and Appeals Group ("MEAG"), Division of Appeals Policy, at the Centers for Medicare & Medicaid Services ("CMS"). I make the statements herein based on my personal knowledge.

1. The Medicare Part D Independent Review Entity ("IRE") maintains records of the requests for reconsideration of plan sponsor coverage denials that it receives from beneficiaries, prescribers, and representatives. Those records include the results of those requests, including whether the beneficiary sought review by the Office of Medicare Hearings and Appeals ("OMHA") and the result of any such review. The IRE uploads these records to the Medicare

Appeals System ("MAS"), which is a database that CMS owns and maintains. The IRE uploads records to MAS only after it has rendered its decision. Any query of the MAS will therefore not include requests for reconsideration that have been received, but not decided, by the IRE.

2. The Division of Appeals Policy under MEAG is the division at CMS responsible for the Part D IRE contract oversight. Part of the oversight process involves gathering information on appeals from the IRE. In the course of this oversight, CMS can request that the IRE generate reports based on data maintained in the MAS.

3. In November 2019, I asked the IRE to generate a report showing all Medicare Part D appeals received and decided from September 2018 onwards that involved coverage for the drug Auryxia. The IRE provided me with this information. Between October 30, 2018 and June 5, 2019, the IRE reviewed fifty requests for reconsideration of sponsor denials of coverage for Auryxia. It reversed the plan sponsors five times, rendering a decision favorable to beneficiaries. In three other instances, the IRE initially rendered a decision in favor of the beneficiary and then revised its initial determination and rendered a new decision unfavorable to the beneficiary. Each of these three cases involved Auryxia prescribed for iron deficiency anemia.

4. Four beneficiaries sought OMHA review of adverse IRE decisions during the period covered by the report. Three of those appeals were dismissed, and one ALJ appeal resulted in a favorable decision for the beneficiary (i.e., Part D coverage for Auryxia).

5. The IRE reports do not show instances where a beneficiary sought a redetermination from the plan sponsor but did not seek reconsideration from the IRE. Those records are maintained by the plan sponsors in accordance with CMS regulations.

6. The IRE report I reviewed covers all IRE reconsideration requests involving Auryxia and is not restricted to those situations where a beneficiary appealed a sponsor's denial coverage

for Auryxia prescribed for iron deficiency anemia.


Executed on 12/18/19

*Coretta Edmondson*
_____
Coretta Edmondson

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

Dated: December 19, 2019

/s/ Erin E. Brizius
Erin E. Brizius
Assistant United States Attorney