UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKEBIA THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the CENTERS FOR MEDICARE & MEDICAID SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES, <br><br> Defendants. | Civil Action No. 19-12132-ADB |

**JOINT PROPOSED SCHEDULE**

Pursuant to this Court's August 27, 2021 Order, Dkt. 120, the Parties, through their undersigned counsel, have conferred and respectfully request that the Court adopt the following schedule for briefing cross-motions for summary judgment. The Parties do not object to the Court setting a schedule upon the Parties' written submission.

Under the Parties' proposed schedule:

  a. Akebia must file a motion for summary judgment on or before October 25, 2021;

  b. The Government must file a combined opposition to Akebia's motion for summary judgment and cross-motion for summary judgment on or before December 9, 2021;

  c. Akebia must file a combined reply in support of its motion for summary

judgment and opposition to the Government's motion for summary judgment on or before January 24, 2022; and

d. The Government must file a reply in support of its motion for summary judgment on or before February 25, 2022.

WHEREFORE, the Parties respectfully request the Court order the foregoing schedule.

Respectfully submitted,

By: */s/ Felicia H. Ellsworth (with consent)*

Nicole R. Hadas (#638031)
AKEBIA THERAPEUTICS, INC.
245 First Street
Cambridge, MA 02142
Tel: (617) 871-2091
nhadas@akebia.com

*Of Counsel*

Felicia H. Ellsworth (#665232)
WILMER CUTLER PICKERING HALE
 AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com

Bruce S. Manheim*
Leon T. Kenworthy*
WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
bruce.manheim@wilmerhale.com
leon.kenworthy@wilmerhale.com

*Counsel for Plaintiff*

\* *pro hac vice*

                                                    NATHANIEL R. MENDELL  
                                                    Acting United States Attorney

By:   */s/ Erin E. Brizius*  
       Erin E. Brizius  
       Assistant United States Attorney  
       United States Attorney's Office  
       1 Courthouse Way, Suite 9200  
       Boston, MA 02210  
       (617) 748-3100  
       erin.e.brizius2@usdoj.gov

Dated: September 10, 2021                    *Counsel for Defendants*