# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKEBIA THERAPEUTICS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the CENTERS FOR MEDICARE & MEDICAID SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>    Defendants. | No. 1:19-cv-12132-ADB |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties and their respective counsel that the above captioned action is voluntarily dismissed with each party to bear their own costs, expenses, and fees.

Dated: October 25, 2021    Respectfully submitted,

/s/ *Felicia H. Ellsworth*

| | |
|---|---|
| Nicole R. Hadas (#638031)* | Felicia H. Ellsworth (#665232) |
| AKEBIA THERAPEUTICS, INC. | WILMER CUTLER PICKERING HALE |
| 245 First Street |   AND DORR LLP |
| Cambridge, MA 02142 | 60 State Street |
| Tel: (617) 871-2091 | Boston, MA 02109 |
| nhadas@akebia.com | Tel.: (617) 526-6687 |
| | Fax: (617) 526-5000 |
| *Of Counsel* | felicia.ellsworth@wilmerhale.com |

Bruce S. Manheim*
Leon T. Kenworthy*
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6781
Fax: (202) 663-6363
bruce.manheim@wilmerhale.com
leon.kenworthy@wilmerhale.com

*Counsel for Plaintiff*

\* *Admitted pro hac vice*

NATHANIEL R. MENDELL
Acting United States Attorney

/s/ *Erin E. Brizius (with permission)*
Erin E. Brizius
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
erin.e.brizius2@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Felicia H. Ellsworth, hereby certify that on October 25, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Felicia H. Ellsworth*
Felicia H. Ellsworth